UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasmine N. Rupert             Docket No. 5:14-MJ-2341-1

## Petition for Action on Probation

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jasmine N. Rupert, who, upon an earlier plea of guilty to 18 U.S.C. § 113, Assault by Striking, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on February 4, 2016, to 6 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has requested to see a Mental Health provider, as she feels that speaking with a counselor will be advantageous to her probationary period.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-818-0685
Executed On: March 16, 2016

## ORDER OF THE COURT

Considered and ordered this 16th day of March, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge