UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasmine N. Rupert                                    Docket No. 5:14-MJ-2341-1

### Petition for Action on Probation

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jasmine N. Rupert, who, upon an earlier plea of guilty to 18 U.S.C. § 113, Assault by Striking, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on February 4, 2016, to 6 months probation under the conditions adopted by the court. The court modified this offender's conditions of supervision to include the participation in a mental health treatment program on March 16, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine sample on March 16, 2016 which tested positive for cocaine. When confronted about this matter, the defendant admitted to the use and signed an admission form. It is recommended that the offender be verbally reprimanded at this time, but add the substance abuse aftercare condition to address this issue if it proves to be reoccurring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ Robert K. Britt                            /s/ Mark Culp
Robert K. Britt                                Mark Culp
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               310 Dick Street
                                               Fayetteville, NC 28301-5730
                                               Phone: 910-483-8613
                                               Executed On: March 30, 2016

### ORDER OF THE COURT

Considered and ordered this __31st__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge

Case 5:14-mj-02341-JG   Document 14   Filed 03/31/16   Page 1 of 1