UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasmine N. Rupert             Docket No. 5:14-MJ-2341-1

### Petition for Action on Probation

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmine N. Rupert, who, upon an earlier plea of guilty to 18 U.S.C. § 113(a)(4), Assault by Striking., was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on February 4, 2016, to 6 months probation under the conditions adopted by the court.

The defendant previously requested mental health services, and the court ordered the same on March 16, 2016. On March 31, 2016, the court also ordered that the defendant participate in substance abuse treatment due to the defendant submitting a urine sample which was positive for cocaine on March 16, 2016.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has completed a mental health assessment at this time and is having trouble finding transportation to counseling. The defendant will continued to be encouraged to attend. Ms. Rupert's supervision is set to expire on September 8, 2015. She still has an outstanding financial obligation of $160.00. The defendant has stated that she has not had the means to pay her obligation, but is doing "odd jobs" to be able to satisfy the balance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for a period of 60 days to the new expiration date of October 2, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2543  
Executed On: July 26, 2016

Jasmine N. Rupert
Docket No. 5:14-MJ-2341-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 26th day of July, 2016, and ordered filed and made a part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge