UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2341-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Jasmine N. Rupert** | ) | |
| | ) | |

On February 4, 2016, Jasmine N. Rupert appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §113(a)(4), Assault by Striking, was sentenced to 6 months of probation. On July 26, 2016, the court extended the term of probation for six months with a new expiration date of October 2, 2016, to allow the defendant additional time to satisfy her financial obligation.

From evidence presented at the revocation hearing on September 07, 2016, the court finds as a fact that Jasmine N. Rupert, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. The offender has absconded from supervision.
2. Failure to pay a monetary obligation.
3. Failure to participate as directed by the probation office in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
4. Failure to participate as directed by the probation officer in a mental health program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of September, 2016.

Kimberly A. Swank
U.S. Magistrate Judge